Frederick J. Hahn, III, ISB No. 4258
Samuel K. Hahn, ISB No. 10911
HAHN LAW OFFICE
Post Office Box 50698
Idaho Falls, Idaho 83405
Telephone: (208) 506-5826
Facsimile: (208) 506-5826
E-mail: FJH@Hahn-Law.net
　　　　SKH@Hahn-Law.net

*Attorneys for Homes & Neighbors, LLC and*
*Copper River Funding, LLC*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>STEVEN HERBERT LARSEN and LEANNE LOUISE LARSEN dba Mountain Air Resort, Mountain Air Industries, dba Mountain Air Energy dba Davinci Teeth Whitening<br>　　　Debtors | Bankruptcy No. 21-20316-NGH<br><br>OBJECTION TO HOMESTEAD EXEMPTION |

COMES NOW Homes & Neighbors, LLC ("Homes") and Copper River Funding, LLC (CRF) pursuant to Rule 4003 of the Federal Rules of Bankruptcy Procedure. Homes and CRF object to Debtor's claim of homestead exemption on the basis that the property Debtors claim as exempt is commercial property. Homes and CRF incorporate by reference the facts and exhibits set forth in their Motion for Stay to Lift Automatic Stay (See Dkt. No. 33) in support of this Objection to Homestead Exemption.

DATED this 14th day of October, 2021.

　　　　　　　　　　　　　　　　　　　　　　HAHN LAW OFFICE

　　　　　　　　　　　　　　　　　　　　　　 /s/ Frederick J. Hahn, III　　　　

**OBJECTION TO HOMESTEAD EXEMPTION**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October, 2021, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

Jeffery H. Andrews
jeffandrewslaw@yahoo.com


David P. Gardner
dpg@winstoncashatt.com

U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, addressed to:

Steven Herbert Larsen
5239 East Dodd Road
Hayden, Idaho 83835


Leanne Louise Larsen
5239 East Dodd Road
Hayden, Idaho 83835


                          /s/ Frederick J. Hahn, III
                          FREDERICK J. HAHN, III

**OBJECTION TO HOMESTEAD EXEMPTION**